IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as ADMINISTRATOR OF THE RURAL UTILITIES SERVICE,<br><br>  Defendants. | Civil Action No. 3:24-cv-00100-SLG |

## [PROPOSED] ORDER
## GRANTING MOTION FOR PRELIMINARY INJUNCTION

Having considered Plaintiffs' Motion for Preliminary Injunction, Memorandum of Points and Authorities in support thereof, all exhibits and evidence submitted, and any argument thereon, the Court hereby orders that:

1. Plaintiffs' Motion is GRANTED;

2. Defendants are hereby ORDERED to deobligate Interior Telephone Company and Mukluk Telephone Company's Round Four ReConnect Program awards during the pendency of this action; and

3. Defendants are hereby ORDERED to designate the Tribal Lands of Unalakleet and Elim as "unserved" for reporting to the Alaska Broadband Office, to restore eligibility for federal funding during the pendency of this action.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

                                                                                                 _____
HON. SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE