# Exhibit A



Exhibit A, p. 1

# Exhibit B



Exhibit B, p. 1

# Exhibit C

Rural Development

Rural Utilities Service

1400 Independence Ave SW
Room 4121 Stop 1590
Washington, DC 20250

Voice 202.720.0800

# USDA
United States Department of Agriculture

November 8, 2023

Ms. Cheri McConnell
Tribal Affairs Program Director
Kawerak, Inc.
P.O. Box 948
Nome, Alaska 99762

Dear Ms. McConnell:

Thank you for your October 9, 2023 letter to USDA Alaska State Director, Julia Hnilicka regarding concerns about the ReConnect 4 grant awards to Interior and Mukluk telephone companies. USDA broadband programs are administered by the national headquarters of the Rural Utilities Service (RUS) – Telecommunications, so your letter was forwarded to me.

The key point raised in your letter is that Kawerak, on behalf of the affected tribes, has signed a resolution contesting the legitimacy of the Round 4 Reconnect awards to Interior Telephone Company and Mukluk Telephone Company due to the lack of tribal government resolutions of consent from those tribes. You cite the requirement in the ReConnect notice of funding, citing 7 CFR 1740.60(d)(19), *Tribal Government Resolution of Consent*, as your basis for holding that the RUS did not receive a resolution from the appropriate tribal official, given that service is being proposed over Tribal Lands. RUS did introduce resolutions into the ReConnect Program funding notice as a commitment to honoring the sovereignty of tribal governments. The RUS takes that responsibility very seriously.

With respect to the applications of Interior Telephone Company (AK 1563) and Mukluk Telephone Company (AK 1562), the RUS notes that certificates of support for these ReConnect 4 applications were submitted by Kawerak itself on December 1, 2022. Kawerak's letterhead states that it represents the Alaskan native villages listed therein, as does the language of Kawerak's Oct. 9, 2023 letter, informing the RUS that Kawerak's full board has signed a resolution on behalf of the very same tribes with respect to the above-referenced applications. In respecting tribal sovereignty and the bodies that the tribes have selected to represent them, the RUS deferred to Kawerak's representation and accepted the certificates of support for these applications. As the native villages' representative, the agency also believed that Kawerak's certifications were known and accepted by the affected parties; otherwise, Kawerak would not have submitted them to RUS as part of the application packages of Interior and Mukluk. RUS is now asked, however, by request of Kawerak, that we ignore its own prior certification of support due to process deficiencies, and that Kawerak's present request to do so is a valid on behalf of those tribes. Unfortunately, RUS cannot simply undo legal contracts for federal funding which it believed were properly supported and entered into.

The other key point raised in your letter is a request that USDA reopen Round 4 grant opportunities for the tribes in the Bering Strait Region; however, that round has already closed and all project funds were awarded. In 2024, however, RUS will conduct its Round 5 of ReConnect, the Community Connect Broadband Program, and the Distance Learning Telemedicine Program. We encourage the tribes to consider these funding resources to bring broadband to the Bering Strait Region, as well as the broadband resources available

Ms. Cheri McConnell                                                                                                    2

from the Department of Commerce's Broadband Equity Access and Deployment (BEAD) and Tribal Broadband Connectivity Program (TBCP). The collective federal resources are available to bring needed broadband service to the Alaska Native Villages.

For more information, please contact me or Alaska General Field Representative, Natalie Kovach (Natalie.Kovach@usda.gov).

Sincerely,


Laurel Leverrier
Assistant Administrator
Telecommunications
Rural Utilities Service
United States Department of Agriculture



CC:     Julia Hnilicka, USDA RD Alaska State Director
        Natalie Kovach, USDA RD Alaska General Field Representative
        Tedd Buelow, USDA RD Tribal Relations Team & Tribal Coordinator