Susan Orlansky, ABA 8106042
**REEVES AMODIO LLC**
1057 W. Fireweed La., Suite 207
Anchorage, AK 99503
Telephone: +1.907.952.1668
Email: susano@reevesamodio.com

Jason R. Scherr, p*ro hac vice*
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Email: jr.scherr@morganlewis.com

*Attorneys for Plaintiffs Native Village of
Unalakleet and Native Village of Elim*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE, and ANDREW BERKE, in his official capacity as ADMINISTRATOR OF THE RURAL UTILITIES SERVICE, <br><br> Defendants. | Civil Action No. 3:24-cv-00100-SLG |

## MOTION FOR JUDICIAL NOTICE

Pursuant to LCR 7.3(d) and Fed. R. Evid. 201(b), Plaintiffs Native Village of

Unalakleet and Native Village of Elim respectfully request that the Court take judicial

notice of the following in connection with Plaintiffs' Motion for Preliminary Injunction filed concurrently on May 24, 2024:

1. The USDA web page entitled, "ReConnect Program FY 2020 Funding Opportunity Announcement Awardees," summarizing federal funding allocations under the Reconnect Program, including $4,119,428 for Mukluk Telephone Company in Reconnect Round Two (2020). U.S. DEPARTMENT OF AGRICULTURE, https://www.usda.gov/reconnect/round-two-awardees (last visited May 23, 2024).

2. Print-out of maps maintained and hosted on the Alaska Broadband Office website, a web page and office created by the State of Alaska's Department of Commerce to oversee and track fund disbursement of federal broadband programs. *See* **Exhibit A** and **Exhibit B** to Plaintiffs' Motion for Preliminary Injunction; ALASKA BROADBAND OFFICE,

   https://dcced.maps.arcgis.com/apps/instant/basic/index.html?appid=ff65666ff18e4c7b98810daf5a7f1004 (last visited May 24, 2024).

3. An agency letter from the USDA Rural Utilities Service dated November 8, 2023, attached as **Exhibit C** to Plaintiffs' Motion for Preliminary Injunction.

      Fed. R. Evid. 201(b) allows a court to take judicial notice of adjudicative facts that are not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Here, the content of websites maintained by government agencies like USDA, official records such as Exhibits A & B maintained by the State of Alaska under its Alaska Broadband Office,

and formal communications issued by government agencies (Exhibit C) all may be judicially noticed as the contents of all can be "accurately and readily determined" from sources whose accuracy cannot reasonably be questioned.

Courts have taken judicial notice of federal program reporting on government websites such as Plaintiffs' proffered USDA website reference. *E.g., Interstate Nat. Gas Co. v. S. California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953) ("We may take judicial notice of records and reports of administrative bodies."). Plaintiffs' proffered maps (as Exhibits A & B to Plaintiffs' Motion for Preliminary Injunction) similarly may be judicially noticed as the maps are maintained on a state website the source of which cannot be reasonably questioned. *See Gov't of Canal Zone v. Burjan*, 596 F.2d 690, 694 (5th Cir. 1979) ("official government maps have long been held proper subjects of judicial notice"); *U.S. v. Burch*, 169 F.3d 666, 672 (10th Cir. 1999) ("official government maps are generally an acceptable source for taking judicial notice.") Finally, courts also regularly have taken judicial notice of agency letters like Plaintiffs' proffered Exhibit C, an agency letter from the USDA in response to an inquiry from non-party Kawerak. *See Interstate Nat. Gas*, 209 F.2d at 385 (taking judicial notice of agency documents); *see also Batwin v. Occam Networks, Inc.*, No. CV 07-2750, 2008 WL 2676364, at n.3 (C.D. Cal. July 1, 2008) (taking judicial notice of a letter from the SEC to the defendants). Accordingly, judicial notice of the USDA website and Exhibits A, B, and C filed concurrently herewith in connection with Plaintiffs' Motion for Preliminary Injunction filed concurrently is appropriate.

Dated: May 24, 2024  **REEVES AMODIO LLC**

By: */s/ Susan Orlansky*  .
 Susan Orlansky, ABA 8106042
 susano@reevesamodio.com
 1057 W. Fireweed La., Suite 207
 Anchorage, AK 99503
 Telephone: +1.907.952.1668

**MORGAN, LEWIS & BOCKIUS LLP**
By: */s/ Jason R. Scherr*  .
 Jason R. Scherr, *Pro Hac Vice*
 jr.scherr@morganlewis.com
 1111 Pennsylvania Avenue, NW
 Washington, DC 20004
 Telephone: + 202.739.3000

*Attorneys for Plaintiffs Native Village of Unalakleet and Native Village of Elim*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I served the foregoing document via first class mail on the following:

U.S. Department of Agriculture's Rural Utilities Service
1400 Independence Avenue, S.W.
Washington, D.C. 20250

Andrew Berke
1400 Independence Avenue, S.W.
Washington, D.C. 20250

*/s/ Jason R. Scherr*
Jason R. Scherr