IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET, *et al.*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE, and ANDREW BERKE, in his official capacity as ADMINISTRATOR OF THE RURAL UTILITIES SERVICE,<br><br>　　　　　Defendants. | Civil Action No. 3:24-cv-00100-SLG |

**[PROPOSED] ORDER**
**GRANTING MOTION FOR JUDICIAL NOTICE**

Having considered Plaintiffs' Motion for Judicial Notice ("Motion") in support of Plaintiffs' Motion for Preliminary Injunction, the Court hereby GRANTS the Plaintiffs' Motion.

　　　　IT IS SO ORDERED.

　　DATED this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. SHARON L. GLEASON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

NATIVE VILLAGE OF UNALAKLEET, *ET AL.* v. USDA, *ET AL.*
CASE NO. 3:24-cv-00100-SLG