Jonathan W. Katchen, Alaska Bar No. 0411111
William G. Cason, Alaska Bar No. 2009083
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, AK 99501
Telephone: 907-865-2600
jwkatchen@hollandhart.com
wgcason@hollandhart.com

Bradley J. Yeretsky, MO #53845 *(Pro Hac Vice)*
Anna J. Turner, MO #73980 *(Pro Hac Vice)*
Stinson LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64016
Telephone: 816-691-2333
Brad.Yeretsky@stinson.com
Anna.Turner@stinson.com

*Attorneys for Interior Telephone Company and Mukluk Telephone Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET, and NATIVE VILLAGE OF ELIM, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE, and ANDREW BERKE in his official capacity as Administrator of the Rural Utilities Service, <br><br> Defendants, <br> and <br><br> INTERIOR TELEPHONE COMPANY and MUKLUK TELEPHONE COMPANY, INC., <br><br> [Applicant] Intervenor-Defendants. | Case 3:24-cv-00100-MMS <br><br><br><br><br><br><br><br><br><br><br> **REQUEST FOR ORAL ARGUMENT** |

Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc., through counsel, and pursuant to Alaska Local Rule 7.1(f), hereby request Oral Argument on Plaintiff's Opening Brief In Support of Summary Judgment.

DATED at Anchorage, Alaska this 10th day of July, 2025.

HOLLAND & HART LLP

By: /s/Jonathan W. Katchen
Jonathan W. Katchen, AK Bar No. 0411111
William G. Cason, AK Bar No. 2009083
420 L Street, Suite 550
Anchorage, AK 99501
Phone: (907) 865-2600
jwkatchen@hollandhart.com
wgcason@hollandhart.com

STINSON LLP

Bradley J. Yeretsky, MO# 53845
Anna J. Turner, MO # 73980
1201 Walnut St., Suite 2900
Kansas City, MO 64016
Telephone: 816-691-2333
Brad.yeretsky@stinson.com
Anna.Turner@stinson.com

*Attorneys for [Applicant] Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

REQUEST FOR ORAL ARGUMENT
*Native Village of Unalakleet, et al. v. USDA, et al.,* Case No. 3:24-cv-00100-MMS
Page 2 of 3

Case 3:24-cv-00100-SLG    Document 73    Filed 07/10/25    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00100 MMS who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Jonathan W. Katchen*
Jonathan W. Katchen

REQUEST FOR ORAL ARGUMENT
*Native Village of Unalakleet, et al. v. USDA, et al.,* Case No. 3:24-cv-00100-MMS
Page 3 of 3

Case 3:24-cv-00100-SLG   Document 73   Filed 07/10/25   Page 3 of 3