MICHAEL J. HEYMAN
United States Attorney

NOAH ROETMAN
E. BRYAN WILSON
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Noah.Roetman@usdoj.gov
Email: Bryan.Wilson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as Administrator of the Rural Utilities Service,<br><br>Defendants.<br><br>vs.<br><br>MUKLUK TELEPHONE COMPANY, INC., INTERIOR TELEPHONE COMPANY,<br><br>Intervenors. | Case No. 3:24-cv-00100-SLG |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that E. Bryan Wilson, Assistant U.S. Attorney hereby enters his appearance as co-counsel of record for the Defendants, in the above-entitled matter, in lieu of Dustin M. Glazier.

All future correspondence, pleading, and notices should be directed to E. Bryan Wilson.

RESPECTFULLY SUBMITTED this July 21, 2025, in Anchorage, Alaska.

    MICHAEL J. HEYMAN
    United States Attorney

    /s/ E. Bryan Wilson
    Assistant U.S. Attorney
    United States of America

CERTIFICATE OF SERVICE
I hereby certify that on July 21, 2025,
a true and correct copy of the foregoing
was served electronically on the following:

Susan Orlansky
Reeves Amodio LLC
*Attorney for Plaintiffs*

Jason R. Scherr
Morgan, Lewis & Bockius LLP
*Attorney for Plaintiffs*

Jonathan W. Katchen
William G. Cason
Holland & Hart LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

Bradley J. Yeretsky
Anna J. Turner
Stinson LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

s/ E. Bryan Wilson
United States Attorney's Office

*Native Village of Unalakleet and Elim v. U.S.D.A Rural Utilities, et al.*
Case No. 3:24-cv-00100-SLG          Page 3 of 3