MICHAEL J. HEYMAN
United States Attorney

NOAH ROETMAN
E. BRYAN WILSON
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Noah.Roetman@usdoj.gov
Email: Bryan.Wilson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as Administrator of the Rural Utilities Service,<br><br>　　　　　Defendants.<br><br>　vs.<br><br>MUKLUK TELEPHONE COMPANY, INC., INTERIOR TELEPHONE COMPANY,<br><br>　　　　　Intervenors. | Case No. 3:24-cv-00100-SLG |

# DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT

Defendants, through counsel, move to continue the oral argument currently set before this Court on Friday, December 12 at 10:00 a.m. While the Government is prepared to participate, it believes the Court should be made aware of an imminent issue in this litigation. On December 10, undersigned counsel received the attached letter that indicates RUS is suspending the advancement of funds for the two grants at issue in this litigation. The parties were promptly notified. The Government accordingly requests an extension of approximately 60 days to a date available to the parties and the Court in which to allow RUS to take any action regarding the issues raised in the letter that it deems appropriate, potentially including those that could moot this litigation entirely. The Government does not believe it is in the interests of judicial economy to adjudicate a matter that may become moot.

Plaintiffs do not oppose this extension of time. Intervenor-Defendants do oppose this extension of time.

RESPECTFULLY SUBMITTED this December 11, 2025, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Noah Roetman
Assistant U.S. Attorney
United States of America

/s/ E. Bryan Wilson
Assistant U.S. Attorney
United States of America

*Native Village of Unalakleet and Elim v. U.S.D.A Rural Utilities, et al.*
Case No. 3:24-cv-00100-SLG      Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify that on December 11, 2025,
a true and correct copy of the foregoing
was served electronically on the following:

Susan Orlansky
Reeves Amodio LLC
*Attorney for Plaintiffs*

Jason R. Scherr
Morgan, Lewis & Bockius LLP
*Attorney for Plaintiffs*

Jonathan W. Katchen
William G. Cason
Holland & Hart LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

Bradley J. Yeretsky
Anna J. Turner
Stinson LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

s/ Noah Roetman
United States Attorney's Office

*Native Village of Unalakleet and Elim v. U.S.D.A Rural Utilities, et al.*
Case No. 3:24-cv-00100-SLG         Page 3 of 3