

United States Department of Agriculture

**Rural Development**

Rural Utilities Service

1400 Independence Ave SW,
Room 4121 Stop 1590
Washington, DC 20250

Voice 202.720.1025

December 2, 2025

Mr. Christopher P. Eldredge
Chief Executive Officer
American Broadband Holding Company
153 West Dave Dugas Road
Sulphur, Louisiana 70665

Subject: Suspension of all Advances for NE1701; AK1713, AL1706, AK1705; and NE1702

Dear Mr. Eldredge:

This notice is in response to the Rural Utilities Service's ("RUS") recent call on December 1, 2025 regarding the following companies controlled by American Broadband Holding Company ("ABHC"): Eastern Nebraska Telephone Company (NE1701) ("Eastern Nebraska); Interior Telephone Company (AK1713) (Interior); Moundville Telephone Company, Inc. (AL1706) ("Moundville"); Mukluk Telephone Company, Inc. (AK1705) ("Mukluk"); and Rock County Telephone Company (NE1702) ("Rock County") (hereafter, collectively the "Awardees").

Based on the information disclosed by ABHC, ABHC's corporate holding company is in the process of being sold as well as a separate sale of some of ABHC's subsidiaries, including one of the Awardees. Because of the prior, serious defaults by ABHC with respect to federal grants covering more than $86.5 million, principally involving the shuffling of general funds between Awardees due to construction needs, RUS was forced to wrap up ABHC with the individual Awardees under the ReConnect Program Grant and Security Agreement Amendments, dated as of November 18, 2024. That agreement allowed for general funds to be placed and controlled at ABHC's level, given that ABHC and Awardees were consolidated for tax purposes, and more importantly, because ABHC had consolidated business functions across the Awardees. ABHC's present ability to move significant amounts of each company's general funds is now a concern for RUS as a result of the sale of its parent company.

The December 31, 2024 audit for Eastern Nebraska showed a $2,674,228 distribution in 2024. The 2025 3rd quarter financial report for Mukluk showed a $8.3 million distribution in 2024 and Rock County's report showed a $1.2 million distribution in 2024. It is unclear from the information available whether the money was distributed to ABHC or if it was distributed to ABHC's parent company.

Additionally, a number of ABHC's projects are behind on meeting their buildout timeline. The buildout timeline for Rock County's project indicated it was supposed to be under construction by October 2025 but ABHC's report from November 28, 2025 states that 0% of construction has been completed to date. Similarly, the

USDA is an equal opportunity provider, employer, and lender.

buildout timeline for Moundville indicates that the company should begin active construction between December of 2025 and February of 2026, but to date RUS has not received Plans and Specs from ABHC which are necessary before construction can begin.

Moreover, based on direct statements from outside parties, RUS has been made aware of a possible sale of one or more of the Awardees. While ABHC has denied these rumors in the past, our December 1st call and ABHC's own filings to the FCC have confirmed a sale. RUS must now request any and all agreements that concern cashflows between ABHC and any one of its parents. Additionally, RUS is requesting a detailed outline of the proposed sale, along with the pre and post transaction company organization charts. In the outline, ABHC must address which company(s) will be responsible for managing the grant funded assets post transaction, given that such functions were not controlled at the Awardee level.

Because of the recent serious defaults already by ABHC and the effects the sale may have on the above-referenced federal grants, RUS is suspending any further advances of grant funds, pursuant to Section 8.4 of each Awardee's respective grant agreement. RUS has determined based on recent past events and the sudden sales which was not brought to RUS's attention by ABHC, a Material Adverse Effect is taking place with respect to Awardees with outstanding grant balances. Until RUS has a better understanding of the proposed transactions and determines the appropriate next steps, advances will be suspended for all awards. Advance requests can still be submitted and will be processed; however, RUS will not resume making advances until this matter is resolved.

Additionally, RUS will be sending our field accountants out to visit ABHC to review the financial records of ABHC. We will be in touch to schedule that visit.

If you have any questions, please contact our office at (202) 720-1025.

Sincerely,

LAUREL LEVERRIER
Digitally signed by LAUREL LEVERRIER
Date: 2025.12.03 15:34:56 -05'00'

LAUREL LEVERRIER
Assistant Administrator
Telecommunications Program
Rural Utilities Service