IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as Administrator of the Rural Utilities Service,<br><br>Defendants.<br><br>vs.<br><br>MUKLUK TELEPHONE COMPANY, INC., INTERIOR TELEPHONE COMPANY,<br><br>Intervenors. | Case No. 3:24-cv-00100-SLG |

## [PROPOSED] ORDER RE: DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT

Defendants, through counsel, moved to continue the oral argument currently set before this Court on Friday, December 12 at 10:00 a.m., requesting an extension of 60 days in which to allow RUS to take any action regarding the issues raised in the letter that it deems appropriate, potentially including those that could moot this litigation entirely.

Plaintiffs did not oppose this extension of time. Intervenor-Defendants opposed this extension of time. The Court finds good cause to allow a 60-day extension given the potential that this litigation may become moot. Defendant's Motion is GRANTED.

_____                                    _____
Dated                                             Sharon L. Gleason
                                                  Chief District Court Judge

*Native Village of Unalakleet and Elim v. U.S.D.A Rural Utilities, et al.*
Case No. 3:24-cv-00100-SLG           Page 2 of 2