MICHAEL J. HEYMAN
United States Attorney

NOAH ROETMAN
E. BRYAN WILSON
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Noah.Roetman@usdoj.gov
Email: Bryan.Wilson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>                Plaintiffs,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as Administrator of the Rural Utilities Service,<br><br>                Defendants.<br><br>    vs.<br><br>MUKLUK TELEPHONE COMPANY, INC., INTERIOR TELEPHONE COMPANY,<br><br>                Intervenors. | Case No. 3:24-cv-00100-SLG |

# DECLARATION OF AUSA NOAH ROETMAN IN SUPPORT OF DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT

I, Noah Roetman, declare under penalty of perjury that the following is true:

1. I received the letter attached to the Motion to Continue Oral Argument from the client agency on December 10, 2025.

2. I sent the letter to counsel for both Plaintiffs and Intervenor-Defendants that same day via email and inquired whether each party would agree to move the oral argument deadline. I followed up with an additional email circulating the Government's proposed motion to continue and additionally requested parties' position on the motion being filed the next morning on an expedited basis.

3. Jason R. Scherr, counsel for Plaintiffs, stated he did not oppose the Government's motion.

4. I exchanged further emails with Bradley J. Yeretsky, counsel for Intervenor-Defendants, the morning of December 11, 2025. Mr. Yeretsky stated he opposed the Government's motion.

Date: 12/11/2025

s/ Noah Roetman<br>
Assistant U.S. Attorney<br>
United States of America

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

RESPECTFULLY SUBMITTED this December 11, 2025, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Noah Roetman
Assistant U.S. Attorney
United States of America

/s/ E. Bryan Wilson
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 11, 2025, a true and correct copy of the foregoing was served electronically on the following:

Susan Orlansky
Reeves Amodio LLC
*Attorney for Plaintiffs*

Jason R. Scherr
Morgan, Lewis & Bockius LLP
*Attorney for Plaintiffs*

Jonathan W. Katchen
William G. Cason
Holland & Hart LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

Bradley J. Yeretsky
Anna J. Turner
Stinson LLP
*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

s/ Noah Roetman
United States Attorney's Office

*Native Village of Unalakleet and Elim v. U.S.D.A Rural Utilities, et al.*
Case No. 3:24-cv-00100-SLG        Page 3 of 3