Jonathan W. Katchen, Alaska Bar No. 0411111
William G. Cason, Alaska Bar No. 2009083
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, AK 99501
Telephone: 907-865-2606
jwkatchen@hollandhart.com
wgcason@hollandhart.com

Bradley J. Yeretsky*, Missouri Bar No. 53845
Anna J. Turner*, Missouri Bar No. 73980
Stinson LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64016
Telephone: 816-691-2333
Brad.yeretsky@stinson.com
Anna.turner@stinson.com
*Admitted *pro hac vice*

*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE, in his official capacity as Administrator of the Rural Utilities Service,<br><br>Defendants.<br><br>vs. | Case No. 3:24-cv-00100-SLG |

*Native Village of Unalakleet, et al. v. USDA, et al.*
Case No. 3:24-cv-00100-SLG 1

| MUKLUK TELEPHONE COMPANY, INC., |
| INTERIOR TELEPHONE COMPANY, |
| |
| Intervenors. |

## FASTWYRE'S OPPOSITION TO THE RUS' MOTION TO CONTINUE

Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc. (together, "Fastwyre") oppose Defendants' the United States Department of Agriculture's Rural Utilities Service and Andrew Berke, in his official capacity as Administrator of the Rural Utilities Service (together, the "RUS") Motion to Continue Oral Argument.

The RUS contends the hearing scheduled for December 12, 2025 should be continued for a period of at least 60 days to allow time for the agency to resolve purported issues it raised with respect to a number of grants issued to subsidiaries of American Broadband Holding Company ("ABHC"). The RUS raised those concerns in a letter to ABHC dated December 2, 2025[1], informing the company that it will temporarily suspend future advances under six (6) grants issued to five (5) separate ABHC-controlled entities, including Intervenors Interior and Mukluk (the "December 2nd Letter"). ABHC disputes the allegations made in the December 2nd Letter, including that the RUS has any valid basis to suspend advances under any grant awards the RUS is contractually-obligated to fund. Nevertheless, ABHC remains committed to resolving these issues and to its ongoing work with the RUS. In furtherance of that commitment, ABHC promptly

---

[1] The Letter was dated December 2, 2025, but it was not sent to ABHC until December 3, 2025.

*Native Village of Unalakleet, et al. v. USDA, et al.*
Case No. 3:24-cv-00100-SLG 2

responded to the RUS furnishing the information it requested.

Fastwyre submits there is no basis to continue the hearing set for December 12, 2025. As an initial matter, despite sending the letter on December 3rd, the RUS waited until December 10th to inform its counsel and the parties to this litigation about its desire to continue the scheduled hearing. The parties have incurred substantial expense in attorney time, travel, and preparation for the hearing. That investment would be lost if the Court continues the hearing for any period of time. Moreover, the RUS now claims its actions may "moot the litigation entirely," but that conclusion cannot reasonably be drawn from the stated purpose of the December 2nd Letter. In fact, the RUS represented ABHC may continue to make requests for advances, which would be processed by the RUS and funded when it has a "better understanding" of the issues identified in its letter. Again, ABHC has already provided the RUS with the information requested to ensure it has the "better understanding" it seeks.

More importantly, however, the issues raised by the RUS in the December 2nd Letter will not "moot" the resolution of Plaintiffs' Motion for Summary Judgment. Plaintiffs challenge the validity of the ReConnect Grants awarded to Interior and Mukluk; the December 2nd Letter, on the other hand, primarily affects those awards which are actively in the construction process and receiving funding advances as a result. The ReConnect Grants awarded to Interior and Mukluk that are the focus of this litigation are under environmental review (an extensive process), and as a result are not eligible for advancement of funds until such review is complete. Both the RUS and Fastwyre remain
*Native Village of Unalakleet, et al. v. USDA, et al.*
Case No. 3:24-cv-00100-SLG                                                                                          3

steadfast in their defenses to Plaintiffs' claims and believe the ReConnect Grants were properly awarded. Any potential disputes between the RUS and ABHC regarding their respective contractual obligations are properly resolved outside of this litigation.

Contrary to the RUS' argument otherwise, a final determination on Plaintiffs' claims will further judicial economy by resolving the uncertainty surrounding the validity of the ReConnect Grants awarded to Fastwyre, which have been hanging in the balance since this litigation was filed in May 2024. Plaintiffs' Motion for Summary Judgment was filed on April 10, 2024, briefing completed on July 8, 2025, and set for hearing on August 21, 2025. The hearing has been reset twice already, further delaying the resolution of this case. The issues in Plaintiffs' Motion for Summary Judgment remain ripe for the Court's review, and counsel and the parties are prepared to present their arguments to aid in the Court's determination.

ABHC is committed to expeditiously resolving any disputes with the RUS to ensure its grant-funded projects remain on track. Continuing the December 12, 2025 hearing will only inject further uncertainty into the ongoing validity of the ReConnect Grants, a result that harms all parties. Therefore, Fastwyre respectfully requests the Court deny the RUS' Motion to Continue and move forward with the hearing set for December 12, 2025.

Dated: December 11, 2025                    STINSON LLP

        /s/ Bradley J. Yeretsky
Bradley J. Yeretsky*, MO# 53845
Anna J. Turner*, MO # 73980
1201 Walnut St., Suite 2900
Kansas City, MO 64016
Telephone: 816-691-2333
Brad.yeretsky@stinson.com
Anna.Turner@stinson.com
*Admitted *pro hac vice*

and
HOLLAND & HART LLP
Jonathan W. Katchen, AK # 0411111
William G. Cason, AK # 2009083
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, AK 99501
Telephone: 907-865-2606
jwkatchen@hollandhart.com
wgcason@hollandhart.com
*Attorneys for [Applicant] Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00100-SLG who are registered CM/ECF users will be served by the CM/ECF system.

        /s/ *Bradley J. Yeretsky*
        Bradley J. Yeretsky