IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF UNALAKLEET, and NATIVE VILLAGE OF ELIM, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case 3:24-cv-00100-SLG |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE, and ANDREW BERKE in his official capacity as Administrator of the Rural Utilities Service, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| INTERIOR TELEPHONE COMPANY and MUKLUK TELEPHONE COMPANY, INC., | ) ) ) | |
| Intervenor-Defendants. | ) ) | |

## **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO CONTINUE**

The Court, having considered Defendants' Motion to Continue the oral argument currently set for December 12, 2025 at 10:00 a.m (the "Motion to Continue") [Dkt. No. 80], and Intervenor-Defendants' Opposition to the Motion to Continue [Dkt. No. 83], hereby denies the motion.

IT IS HEREBY ORDERED that the motion is DENIED.

Dated December ___, 2025 in Anchorage, Alaska.

_____
Sharon L. Gleason
United States District Judge