# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF
UNALAKLEET, *et al.*,

          Plaintiffs,

      v.

UNITED STATES DEPARTMENT
OF AGRICULTURE'S RURAL
UTILITIES SERVICE, *et al.*,

          Defendants.

Case No. 3:24-cv-00100-SLG

## AMENDED ORDER ON DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT AND MOTION TO EXPEDITE CONSIDERATION

      Before the Court at Docket 80 and 81 are Defendants' Motion to Continue Oral Argument and Motion to Expedite Consideration of Defendants' Motion to Continue Oral Argument. Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc. responded in opposition to Defendants' Motion to Continue Oral Argument at Docket 83.

      The Court initially granted both motions at Docket 84. In so doing, the Court had misread the Government's filing and mistakenly believed that all parties had consented to the requested continuance. The Court regrets this oversight, particularly as there are out-of-state counsel in this case. In light of the delays in scheduling the oral argument in this case, the Court is determined to resolve this case as expeditiously as possible. Therefore, the oral argument will continue as

scheduled for December 12, 2025 at 10:00 a.m. Alaska time.  Any party may participate by Zoom at that time.  The Zoom link will be separately provided to the parties.

In light of the foregoing, the motion to expedite at Docket 81 is GRANTED and the motion to continue oral argument at Docket 80 is DENIED.  Any party may make a renewed request to continue the oral argument at the outset of the proceeding tomorrow, but all parties should be prepared to go forward on the merits in the event any such motion is denied.

DATED this 11th day of December, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00100-SLG, *Native Village of Unalakleet v. U.S. Dept. of Agriculture's Rural Utilities Service,* et al.
Amended Order on Defendants' Motion to Continue Oral Argument and Motion to Expedite Consideration
Page 2 of 2

Case 3:24-cv-00100-SLG   Document 86   Filed 12/11/25   Page 2 of 2