Susan Orlansky, ABA 8106042
Reeves Amodio LLC
1057 W. Fireweed La., Suite 207
Anchorage, AK 99503
Telephone: +1.907.952.1668
Email: susano@reevesamodio.com

Jason R. Scherr, *pro hac vice*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Email: jr.scherr@morganlewis.com

Attorneys for Plaintiffs Native Village of Unalakleet and Native Village of Elim

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF UNALAKLEET and NATIVE VILLAGE OF ELIM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE'S RURAL UTILITIES SERVICE and ANDREW BERKE,<br><br>Defendants,<br><br>INTERIOR TELEPHONE COMPANY and MUKLUK TELEPHONE COMPANY,<br><br>Intervenor-Defendants. | Civil Action No. 3:24-cv-00100-SLG |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

NATIVE VILLAGE OF UNALAKLEET, *ET AL.* v. USDA, *ET AL.*
Civil Action No. 3:24-cv-00100-SLG                                                                 Page 1 of 4
Case 3:24-cv-00100-SLG     Document 92     Filed 02/19/26     Page 1 of 4

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs the Native Village of Unalakleet ("Unalakleet") and the Native Village of Elim ("Elim"), together with Defendants the United States Department of Agriculture's Rural Utilities Service and Andrew Berke ("the Government") and Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company ("Fastwyre") hereby stipulate to the voluntary dismissal of Plaintiffs' claims in this action without prejudice, with each party bearing its own costs and fees.

Date: February 19, 2026

\*       Signatures on following page       \*

NATIVE VILLAGE OF UNALAKLEET, *ET AL.* v. USDA, *ET AL.*
Civil Action No. 3:24-cv-00100-SLG                                              Page 2 of 4
Case 3:24-cv-00100-SLG    Document 92    Filed 02/19/26    Page 2 of 4

**REEVES AMODIO LLC**
Susan Orlansky, ABA 8106042
susano@reevesamodio.com
1057 W. Fireweed La., Suite 207
Anchorage, AK 99503
Telephone: +1.907.952.1668

**MORGAN, LEWIS & BOCKIUS LLP**
By: /s/ Jason R. Scherr
Jason R. Scherr, *pro hac vice*
jr.scherr@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001

*Attorneys for Plaintiffs Native Village of Unalakleet and Native Village of Elim*

Michael J. Heyman
United States Attorney

By: /s/ Noah Roetman
NOAH ROETMAN
Assistant U.S. Attorney
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Noah.Roetman@usdoj.gov

*Attorneys for Defendants USDA's RUS and Andrew Berke in his official capacity as Administrator of RUS*

**HOLLAND & HART**
Jonathan W. Katchen, AK #0411111
William G. Cason, AK #2009083
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, AK 99501
Telephone: 907-865-2606
jwkatchen@hollandhart.com
wgcason@hollandhart.com

**STINSON LLP**
By: /s/ Bradley Yeretsky
Bradley J. Yeretsky*, MO # 53845
Anna J. Turner*, MO # 73980
1201 Walnut St., Suite 2900
Kansas City, MO 64016
Telephone: 816-691-2333
Brad.yeretsky@stinson.com
Anna.Turner@stinson.com
*Admitted *pro hac vice*

*Attorneys for Intervenor-Defendants Interior Telephone Company and Mukluk Telephone Company, Inc.*

NATIVE VILLAGE OF UNALAKLEET, *ET AL.* v. USDA, *ET AL.*
Civil Action No. 3:24-cv-00100-SLG  Page 3 of 4
Case 3:24-cv-00100-SLG   Document 92   Filed 02/19/26   Page 3 of 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2026, I caused the foregoing document to be served via ECF to all counsel of record.

/s/ Jason R. Scherr
Jason R. Scherr

NATIVE VILLAGE OF UNALAKLEET, *ET AL.* v. USDA, *ET AL.*
Civil Action No. 3:24-cv-00100-SLG Page 4 of 4
Case 3:24-cv-00100-SLG Document 92 Filed 02/19/26 Page 4 of 4